**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 853 MAL 2016
                                 :
             Respondent         :
                                 :    Petition for Allowance of Appeal from
                                 :    the Order of the Superior Court
            v.                     :
                                 :
                                 :
SHAUN BERKLEY FREEMAN,           :
                                 :
             Petitioner          :

## ORDER

**PER CURIAM**

      **AND NOW**, this 15th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.